# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 1:09-CR-0013 |
| | § | |
| BRENDA MARTINEZ | § | |

## APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT**:

Now comes Rick Canales and hereby files this appearance as attorney of record for BRENDA MARTINEZ, Defendant. Defendant, BRENDA MARTINEZ retained Rick Canales, and he consents to Rick Canales's appearance as attorney of record in this cause.

Respectfully Submitted,

LAW OFFICE OF RICK CANALES
845 EAST HARRISON STREET, SUITE "B"
BROWNSVILLE, TEXAS 78520
PHONE (956) 546-7766
FAX (956) 546-6885

/s/RickCanales_____
RICK CANALES
STATE BAR No. 00789198
FEDERAL I.D. No. 20766
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on March 1, 2016, a true and correct copy of the above and foregoing document was served on the Assistant United States Attorney, 600 E. Harrison St., Ste. 201, Brownsville, Texas 78520.

/s/RickCanales_____
RICK CANALES