IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. B-09-013-1 |
| | § | |
| BRENDA MARTINEZ | § | |

# ORDER

The Court has considered Defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 USC § 3582(c)(2) [Doc. No. 75] and is of the opinion that said Motion is hereby denied.

Signed this 10th day of March, 2016.

_____
Andrew S. Hanen
United States District Judge